EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:

Antonio Moreda Toledo | 2020 TSPR 93

205 DPR _____ |

Número del Caso: TS-4957

Fecha: 28 de agosto de 2020

Abogados de la parte peticionaria:

Por Derecho Propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Antonio Moreda Toledo

TS-4957

RESOLUCIÓN

En San Juan, Puerto Rico, a 28 de agosto de 2020.

Evaluada la "Solicitud de reconsideración" presentada por el Sr. Antonio Moreda Toledo, se provee con lugar y se le reinstala solo al ejercicio de la abogacía.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. La Jueza Presidenta señora Oronoz Rodríguez y el Juez Asociado señor Colón Pérez no intervinieron. La Juez Asociada señora Rodríguez Rodríguez no interviene.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo